*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
KISOR, HARRELL, and THORNHILL
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**Rolando H. CARR**
Operations Specialist First Class Petty Officer
(E-6), U.S. Navy
*Appellant*

**No. 202400150**

_____

Decided: 30 October 2024

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Frank D. Hutchison (trial)

Sentence adjudged 29 March 2024 by a special court-martial tried at Region Legal Service Office Mid-Atlantic, Norfolk, Virginia, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-3, confinement for 84 days, and a bad-conduct discharge.[1]

For Appellant:
*Commander Jeanne W. Murray, JAGC, USN*

_____

[1] Appellant was credited with having served 84 days of pretrial confinement.

—————————————

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

—————————————

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[2]

However, we note that the Entry of Judgment does not comply with Rule for Courts-Martial 1111(b)(2) in that it does not identify the confinement adjudged for each specification and does not state that the terms of confinement are to run concurrently. Additionally, the Entry of Judgment fails to include the pretrial confinement credit. Although we find no prejudice, Appellant is entitled to have court-martial records that correctly reflect the content of his proceeding. Accordingly, we modify the Entry of Judgment and direct that it be included in the record.

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

MARK K. JAMISON
Clerk of Court

---

[2] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.

# United States Navy–Marine Corps Court of Criminal Appeals

| UNITED STATES | NMCCA NO. 202400150 |
|---|---|
| v. | ENTRY OF JUDGMENT |
| **Rolando H. CARR**<br>**Operations Specialist First Class**<br>**Petty Officer (E-6)**<br>**U.S. Navy** | |
| | *As Modified on Appeal* |
| *Accused* | **30 October 2024** |

On 29 March 2024, the Accused was tried at Naval Base Norfolk, Virginia, by a special court-martial, consisting of a military judge sitting alone. Military Judge Frank D. Hutchison presided.

## FINDINGS

The following are the Accused's pleas and the Court's findings to all offenses the convening authority referred to trial:

**Charge I:** **Violation of Article 128, Uniform Code of Military Justice (UCMJ), 10 U.S.C. § 928.**

*Plea:* Not Guilty.

*Finding:* Withdrawn and dismissed without prejudice to ripen into prejudice upon completion of appellate review.

**Specification 1:** **Aggravated Assault – Dangerous Weapon at or near Portsmouth, Virginia, on or about 12 July 2023.**

*Plea:* Not Guilty.

*Finding:* Withdrawn and dismissed without prejudice to ripen into prejudice upon completion of appellate review.

**Specification 2:** **Assault Consummated by a Battery at or near Portsmouth, Virginia, on or about September 2023.**

*Plea:* Not Guilty.

*Finding:* Withdrawn and dismissed without prejudice to ripen into prejudice upon completion of appellate review.

**Specification 3:** **Aggravated Assault – Dangerous Weapon at or near Virginia Beach, Virginia, on or about 29 December 2023.**

*Plea:* Not Guilty.

*Finding:* Withdrawn and dismissed without prejudice to ripen into prejudice upon completion of appellate review.

**Charge II:** **Violation of Article 128b, UCMJ, 10 U.S.C. § 928b.**

*Plea:* Guilty.
*Finding:* Guilty.

**Specification 1:** **Domestic Violence – Violent Offense at or near Portsmouth, Virginia, on or about 12 July 2023.**

*Plea:* Not Guilty.

*Finding:* Withdrawn and dismissed without prejudice to ripen into prejudice upon completion of appellate review.

**Specification 2:** **Domestic Violence – Violent Offense at or near Portsmouth, Virginia, on or about August 2023.**

*Plea:* Not Guilty.

*Finding:* Withdrawn and dismissed without prejudice to ripen into prejudice upon completion of appellate review.

**Specification 3:** **Domestic Violence – Violent Offense at or near Portsmouth, Virginia, on or about September 2023.**

*Plea:* Not Guilty.

*Finding:* Withdrawn and dismissed without prejudice to ripen into prejudice upon completion of appellate review.

**Specification 4:** **Domestic Violence – Violent Offense at or near Portsmouth, Virginia, on or about 18 September 2023.**

*Plea:* Not Guilty.

*Finding:* Withdrawn and dismissed without prejudice to ripen into prejudice upon completion of appellate review.

**Specification 5:** **Domestic Violence – Assault by Suffocation at or near Portsmouth, Virginia, on or about 18 September 2023.**

*Plea:* Not Guilty.

*Finding:* Withdrawn and dismissed without prejudice to ripen into prejudice upon completion of appellate review.

**Specification 6:** **Domestic Violence – Violent Offense at or near Portsmouth, Virginia, on or about 29 December 2023.**

*Plea:* Guilty.

*Finding:* Guilty.

**Charge III:** **Violation of Article 90, UCMJ, 10 U.S.C. § 890.**

*Plea:* Guilty.

*Finding:* Guilty.

**Specification:** **Willfully disobeying a superior commissioned officer on divers occasions from on or about 30 December 2023 to on or about 5 January 2024.**

*Plea:* Guilty.

*Finding:* Guilty.

## SENTENCE

On 29 March 2024, a military judge sentenced the Accused to the following:

**Reduction to pay grade E-3.**

**Confinement for a total of eighty-four days of confinement.**

> *Specification 6 of Charge II: confinement for eighty-four days.*

> *Sole Specification of Charge III: confinement for eighty-four days.*

*The terms of confinement will run concurrently.*

*The Accused received eighty-four days of pretrial confinement credit.*

**Bad-Conduct Discharge.**

FOR THE COURT:

MARK K. JAMISON
Clerk of Court